

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>NANCY ANNE RIKER,<br><br>　　　　Debtor | Chapter 7<br>Case No. 23-11998-JEB |

### Order

**MATTER:**

#66 Motion filed by Debtor Nancy Anne Riker to Avoid Judicial Lien of Waterfront Capital, LLC

This matter came before the Court on the above Motion filed by the Debtor. Pursuant to the Motion, the Debtor seeks an order avoiding the judicial lien of Waterfront Capital, LLC, filed against the Debtor's interest in real property located at 77 Hillcrest Ave, Brockton, Plymouth County, Massachusetts (the "Property"). Having reviewed the Motion, no objections having been filed and good cause being shown under 11 U.S.C. § 522(f) to avoid the lien in its entirety, the Motion is granted.

It is ORDERED that the judicial lien of Waterfront Capital, LLC, recorded on August 29, 2019, at the Plymouth County Registry of Deeds, Book 51569, Page 294, against the Property is AVOIDED in its entirety and shall be of no effect.

Pursuant to 11 U.S.C. § 349(b)(1)(B), the avoided lien shall be reinstated if the case is dismissed unless the Court, for cause, orders otherwise.

Dated: February 26, 2025

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge